IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TUCKER ALLEN BUSS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:20cv809-MHT |
| ) | (WO) |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
|     Defendant. ) | |

## OPINION

Plaintiff filed this lawsuit as an appeal from the denial of his request for disability insurance benefits pursuant to Title II of the Social Security Act, 42 U.S.C. § 401, et al. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the denial should be affirmed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of December, 2022.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**